Jeffrey S. Allison (NV Bar No. 8949)
Of Counsel
**HOUSER LLP**
9970 Research Drive
Irvine, California 92618
6671 S. Las Vegas Blvd.
Building D, Ste. 210
Las Vegas, Nevada 89119
Tel: (949) 679-1111
Fax: (949) 679-1112
jallison@houser-law.com

Attorneys for Defendants ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, erroneously named herein; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE COPORATION successor to OCWEN LOAN SERVICING, LLC, erroneously sued herein; WESTERN PROGRESSIVE – NEVADA, INC., erroneously named herein.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAZIK MELEDONIAN; JACOB LOESEL; and ARMENOOSH GREGORIAN, individuals,<br><br>Plaintiffs,<br>vs.<br><br>NEWREZ LLC (dba Shellpoint Mortgage Servicing); PHH MORTGAGE CORPORATION (f/k/a Ocwen Loan Servicing, LLC); OCWEN LOAN SERVICING, LLC; ROUNDPOINT MORTGAGE SERVICING, LLC; WESTERN PROGRESSIVE, LLC;, as Trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC; and DOES 1-50,<br>Defendants. | Case No. 2:26-cv-02234-APG-DJA<br><br>HON. ANDREW P. GORDON<br><br>**JOINT MOTION AND STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON**<br><br>(FIRST REQUEST) |

Defendants ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION, erroneously named herein; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE COPORATION successor to OCWEN LOAN SERVICING, LLC, erroneously sued herein (these Defendants are collectively "Onity"); and WESTERN PROGRESSIVE – NEVADA, INC., erroneously named herein ("Western Progressive"), all of these Defendants may be referred to herein as "These Defendants," and Plaintiffs NAZIK MELEDONIAN, JACOB LOESEL, and ARMENOOSH GREGORIAN ("Plaintiffs"), hereby submit this joint motion, agree and stipulate as follows:

**WHEREAS**, Plaintiffs served These Defendants prior to removal of this action to the instant Court;

**WHEREAS**, another defendant removed this action to the instant Court on July 23, 2026;

**WHEREAS**, These Defendants were not served with a notice of removal, and did not discover the case had been removed until July 28, 2026;

**WHEREAS**, counsel for Plaintiffs had agreed to an extension of time for These Defendants to file a response to the Complaint;

**WHEREAS**, because of the removal, These Defendants' response to Plaintiffs' Complaint would normally be due on July 30, 2026 following the removal of this action;

**WHEREAS**, These Defendants require more time for investigation, research and review of a response to the Complaint, as contemplated;

**WHEREAS**, this is the first such Stipulation between the parties hereto;

**WHEREAS**, this Stipulation is not brought for purposes of delay;

**IT IS STIPULATED AND AGREED** between the parties hereto, through their counsel, that These Defendants shall have an extension such that their date to file a response to Plaintiffs' Complaint will by August 18, 2026.

DATED: August 4, 2026

HOUSER LLP

*/s/ Jeffrey S. Allison*
Jeffrey S. Allison, Esq.
Attorneys for Defendants ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE COPORATION successor to OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE – NEVADA, INC.

DATED: August 4, 2026

*/s/ Michael J. Harker*
Michael J. Harker, Esq.
Attorneys for Plaintiffs NAZIK MELEDONIAN, JACOB LOESEL, and ARMENOOSH GREGORIAN

**IT IS SO ORDERED.**

DATED: 8/5/2026

UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On August 4, 2026 I served the following document(s) described as follows:

**JOINT MOTION AND STIPULATION RE EXTENSION OF TIME TO RESPOND TO COMPLAINT; ORDER THEREON**

On the following interested parties in this action:

Michael J. Harker
Law Office of Michael J. Harker, Esq.
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
Email: mharker@harkerlawfirm.com
*Attorneys for Plaintiff,*
*Nazik Meledonian*

Darren T. Brenner
Jamie K. Combs
Klinedinst PC
4730 S. Fort Apache, Suite 230
Las Vegas, NV 89147
Email: dbrenner@klinedinstlaw.com
Email: jcombs@klinedinstlaw.com
*Attorneys for Defendant,*
*NewRez LLC d/b/a Shellpoint Mortgage Servicing*

☒ E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel/parties who are registered with the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

Executed on August 4, 2026 at Riverside, California.

*/s/ Courtney Hershey*
Courtney Hershey