Darren T. Brenner
Nevada Bar No. 8386
Jamie K. Combs
Nevada Bar No. 13088
KLINEDINST PC
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
(702) 859-4000
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com
*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAZIK MELEDONIAN; JACOB LOESEL; and ARMENOOSH GREGORIAN, individuals,<br><br>Plaintiff,<br><br>v.<br><br>NEWREZ LLC (dba Shellpoint Mortgage Servicing); PHH MORTGAGE CORPORATION (f/k/a Ocwen Loan Servicing, LLC); OCWEN LOAN SERVICING, LLC; ROUNDPOINT MORTGAGE SERVICING LLC; WESTERN PROGRESSIVE, LLC, as trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); and DOES 1-50,<br><br>Defendant. | Case No. 2:26-cv-02234-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT NEWREZ, LLC d/b/a SHELLPOINT MORTGAGE SERVICING'S AND ONITY AND WESTERN PROGRESSIVE'S DEADLINES TO RESPOND** |

Plaintiffs Nazik Meledonian, Jacob Loesel, and Armenoosh Gregorian, on the one hand, and Defendant Newrez LLC d/b/a Shellpoint Mortgage Servicing ("Shellpoint"), as well as Defendants Onity Mortgage Corporation fka PHH Mortgage Corporation, Onity Mortgage Corporaton fka PHH Mortgage Corporation successor to Ocwen Loan Servicing, LLC and Western Progressive – Nevada, Inc. (all collectively "Onity") on the other, by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed their Complaint in the Eighth Judicial District Court, Clark

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

County, Nevada;

WHEREAS, Shellpoint removed this action to the United States District Court for the District of Nevada on July 23, 2026;

WHEREAS, Shellpoint's current deadline to answer, move, or otherwise respond to the Complaint is July 30, 2026;

WHEREAS, the parties agree that an extension will allow additional time to investigate, research, review and/or explore possible resolution of this matter;

WHEREAS, the parties further agree that Shellpoint and Onity should have an extension of time through and including August 18, 2026, to answer, move, or otherwise respond to the Complaint;

WHEREAS, this stipulation is made in good faith and not for purposes of undue delay or prejudice to any party;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel of record, that Defendants Newrez LLC d/b/a Shellpoint Mortgage Servicing and the collective Onity entities as defined above shall have through and including **August 18, 2026,** to answer, move, or otherwise respond to the Complaint.

Dated: August 05, 2026

By: */s/Michael J. Harker*

Michael J. Harker, Esq.
MICHAEL J. HARKER LAW OFFICE
2901 El Camino Ave., #200
Las Vegas, NV 89102
Email: mharker@harkerlawfirm.com
*Attorneys for Plaintiffs*

Dated: August 05, 2026

By: */s/Jamie K. Combs*

Darren T. Brenner, Esq.
Jamie K. Combs, Esq.
KLINEDINST PC
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
dbrenner@klinedinstlaw.com
jcombs@klinedinstlaw.com
*Attorneys for NewRez LLC dba Shellpoint Mortgage Servicing*

Dated: August 5, 2026

By: */s/ Jeffrey S. Allison*

Jeffrey S. Allison, Esq.
HOUSER LLP
9970 Research Drive
Irvine, CA 92618
*Attorneys for ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE COPORATION successor to OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE – NEVADA, INC.*

Dated: August 5, 2026

By: */s/ Ramir M. Hernandez*

Ramir M. Hernandez, Esq.
Wright Finlay & Zak
8837 W. Sunset Rd., Ste. 2200
Las Vegas, NV 89113
*Attorneys for Roundpoint Mortgage Servicing, LLC*

**IT IS SO ORDERED.**

DATED: 8/6/2026

HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147

## CERTIFICATE OF SERVICE

**Meledonian et. al. v. NewRez et. al.**
**Case No. 2:26-cv-02234-APG-DJA**

**STATE OF NEVADA, COUNTY OF CLARK**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Clark , State of Nevada. My business address is 4730 South Fort Apache Road, Suite 230, Las Vegas, NV 89147.

On August 5, 2026, I served true copies of the following document(s) described as **STIPULATION AND ORDER TO EXTEND DEFENDANT NEWREZ, LLC D/B/A SHELLPOINT MORTGAGE SERVICING'S AND ONITY AND WESTERN PROGRESSIVE'S DEADLINES TO RESPOND** on the interested parties in this action as follows:

| | |
|---|---|
| Michael J. Harker, Esq.<br>2901 El Camino Ave., #200<br>Las Vegas, NV 89102 | T: (702) 248-3000<br>Email: mharker@harkerlawfirm.com<br>*Attorney for Plaintiffs* |
| Jeffrey S. Allison<br>Houser LLP<br>9970 Research Drive<br>Irvine, CA 92618 | T: (949) 679-1111<br>F: (949) 679-1112<br>Email: jallison@houser-law.com<br>*Attorneys for ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE COPORATION successor to OCWEN LOAN SERVICING, LLC; WESTERN PROGRESSIVE – NEVADA, INC.* |
| Ramir M. Hernandez, Esq.<br>Wright Finlay & Zak<br>8837 W. Sunset Rd., Ste. 2200<br>Las Vegas, NV 89113 | Email: rhernandez@wrightlegal.net<br>*Attorneys for Roundpoint Mortgage Servicing LLC* |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

Executed on August 5, 2026, at Las Vegas, Nevada.

*/s/ Jeannie E. Vines*
Jeannie E. Vines

KLINEDINST PC
4730 SOUTH FORT APACHE ROAD, SUITE 230
LAS VEGAS, NEVADA 89147