WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(702) 475-7964; Fax: (702) 946-1345
rhernandez@wrightlegal.net
*Attorneys for Defendant Roundpoint Mortgage Servicing LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NAZIK MELEDONIAN; JACOB LOESEL; and ARMENOOSH GREGORIAN, individuals,<br><br>Plaintiffs,<br>v.<br><br>NEWREZ LLC (DBA SHELLPOINT MORTGAGE SERVICING); PHH MORTGAGE CORPORATION (F/K/A OCWEN LOAN SERVICING, LLC); OCWEN LOAN SERVICING, LLC; ROUNDPOINT MORTGAGE SERVICING LLC; WESTERN PROGRESSIVE, LLC, AS TRUSTEE; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (“MERS”); AND DOES 1-50,<br><br>Defendants. | Case No.: 2:26-cv-02234-APG-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT ROUNDPOINT MORTGAGE SERVICING LLC** |

Defendant RoundPoint Mortgage Servicing LLC (“RoundPoint”), Defendant NewRez LLC dba Shellpoint Mortgage Servicing (“Shellpoint”), and Plaintiffs Nazik Meledonian; Jacob Loesel; and Armenoosh Gregorian (“Plaintiffs”), by and through their respective counsels of record, **HEREBY STIPULATE AND AGREE** to the dismissal of RoundPoint, without prejudice, and with each party to bear their own attorney’s fees/costs as to each other.

**IT IS SO STIPULATED AND AGREED.**

DATED this 5th day of August, 2026

WRIGHT, FINLAY & ZAK, LLP

*/s/ Ramir M. Hernandez*
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendant,*
*RoundPoint Mortgage Servicing LLC*

DATED this 5th day of August, 2026

MICHAEL J. HARKER LAW OFFICE

*/s/ Michael J. Harker*
Michael J. Harker, Esq.
Nevada Bar No. 005353
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
*Attorney for Plaintiffs*

DATED this 5th day of August, 2026

KLINEDINST PC

*/s/ Jamie K. Combs*
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Jamie K. Combs, Esq.
Nevada Bar No. 13088
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
*Attorneys for Defendant,*
*NewRez LLC dba Shellpoint Mortgage Servicing*

DATED this 5th day of August, 2026

Houser LLP

*/s/ Jefferey S. Allison*
Jeffrey S. Allison, Esq.
9970 Research Drive
Irvine, CA 92618
*Attorneys for Onity Mortgage Corporation fka PHH Mortgage Corporation; Onity Mortgage Corporation fka PHH Mortgage Corporation successor to Ocwen Loan Servicing LLC; Western Progress – Nevada, Inc.*

**ORDER**

The Court having considered the foregoing stipulation of Plaintiff and Defendant RoundPoint, and good cause appearing, **IT IS HEREBY ORDERED** that Defendant RoundPoint is hereby dismissed without prejudice, with Plaintiff and Defendant RoundPoint to bear their own attorney's fees and costs as to each other.

**IT IS SO ORDERED.**

DATED: August 17, 2026

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE