**MICHAEL J. HARKER, ESQ.**
Nevada Bar No. 005353
2901 El Camino Ave., Suite #200
Las Vegas, Nevada 89102
(702) 248-3000
Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NAZIK MELEDONIAN; JACOB LOESEL; and ARMENOOSH GREGORIAN, individuals,

Plaintiffs,

vs.

NEWREZ LLC (dba Shellpoint Mortgage Servicing);PHH MORTGAGE CORPORATION (f/k/a Ocwen Loan Servicing, LLC); OCWEN LOAN SERVICING, LLC; ROUNDPOINT MORTGAGE SERVICING LLC; WESTERN PROGRESSIVE, LLC, as Trustee; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS"); and DOES 1-50,

Defendants

CASE NO.: 2:26-cv-02234-APG-DJA

**STIPULATION AND ORDER FOR EXTENSIONS OF TIME TO ANSWER DEFENDANTS' MOTIONS TO DISMISS AND RESPONSES THERETO**

COMES NOW, Plaintiffs NAZIK MELEDONIAN; JACOB LOESEL and ARMENOOSH GREGORIAN by and through their Attorney of record Michael J. Harker, Esq., and Defendants, ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION successor to OCWEN LOAN SERVICING, LLC; and WESTERN PROGRESSIVE – NEVADA, INC., by and through their Attorney of record, Jeffrey S Allison, Esq., and Defendants NEWREZ LLC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. by and through their Attorney of record, Jamie K Combs, Esq., hereby submits the underlying STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER DEFENDANTS MOTION TO DISMISS COMPLAINT.



MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000- Fax 425-7290

The Response of Plaintiffs is due September 1, 2026 and Plaintiffs are requesting an extension of time until September 10, 2026.

Additionally, Defendants shall have until September 25, 2026 to file Responses to Plaintiff's Opposition.

IT IS SO STIPULATED.

Submitted by:
The Law Office of Michael J. Harker, Esq.

/s/ Michael J. Harker
MICHAEL J. HARKER, ESQ.
Nevada Bar No.: 5353
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
(702) 233-5040
Attorney for Plaintiffs

Approved as to form and content:
Houser LLP.

/s/ Jeffrey S. Allison
JEFFREY S. ALLISON, ESQ.
Nevada Bar No.: 8949
Attorney for Defendants ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION; ONITY MORTGAGE CORPORATION fka PHH MORTGAGE CORPORATION successor to OCWEN LOAN SERVICING, LLC; and WESTERN PROGRESSIVE – NEVADA, INC.

Approved as to form and content:
Klinedinst PC

/s/ Jamie K. Combs
JAMIE K. COMBS, ESQ.
4730 South Fort Apache Road, Suite 230
Las Vegas, Nevada 89147
Attorney for Defendants NEWREZ LLC., and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. NEW REZ LLC.

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000- Fax 425-7290

MICHAEL J. HARKER, ESQ.
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
(702) 248-3000- Fax 425-7290

**ORDER**

PURSUANT to the Stipulation above and for good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Response to Defendants Motions to Dismiss currently due September 1, 2026, be extended until September 10, 2026.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants shall have until September 25, 2026 to file a Reply to Plaintiff's Response.

**IT IS SO ORDERED.**

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

Respectfully submitted by:
Law Office of Michael J. Harker, Esq.

/s/ Michael J. Harker
**MICHAEL J. HARKER, ESQ.**
2901 El Camino Ave., Suite 200
Las Vegas, NV 89102
(702) 248-3000
Attorney for Plaintiffs